UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MIR ISLAM,

                Plaintiff,                          19-CV-3217 (JMF)

        -v-                                            ORDER

RISING DOUGH ENTERPRISES, LLC, et al.,

                Defendants.

---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff, proceeding *pro se*, filed his complaint on July 10, 2018 (originally in the Eastern District of New York). *See* Docket No. 1. On May 22, 2019, the Court noted that "[t]he face of the complaint indicates that Plaintiff's FLSA claims are time barred" and ordered Plaintiff to show cause within thirty days as to why his FLSA claims should not be dismissed. *See* Docket No. 8. Plaintiff has not filed anything to date. Accordingly, Plaintiff's FLSA claims are DISMISSED without prejudice as time barred. All of Plaintiff's other claims remain at this time. The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

       SO ORDERED.

Dated: June 27, 2019
       New York, New York

                                                        JESSE M. FURMAN
                                                      United States District Judge